IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TONY PIERRE HARPER,<br><br>                Plaintiff<br><br>   VS.<br><br>TERRELL PRIMAS, *et al.*,<br><br>                Defendants | NO. 5:06-CV-342 (HL)<br><br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION

Plaintiff TONY PIERRE HARPER has filed a MOTION TO DISMISS the above-captioned action, citing his inability to procure counsel to represent him in the action. Tab #16. The defendants have responded to the plaintiff's motion and have no objection to the requested dismissal. Tab #18. Therefore IT IS RECOMMENDED that the plaintiff's motion be GRANTED and that the case be DISMISSED without prejudice.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED this 6th day of MARCH, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE