**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **TONY PIERRE HARPER,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 5:06-CV-342(HL) |
| **TERRELL PRIMAS, et al,** | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 19) filed March 6, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allotted.

**SO ORDERED,** this the 5th day of April, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**