# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **TONY PIERRE HARPER,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No.** |
| | : | **5:06-CV-342 (HL)** |
| **TERRELL PRIMAS, et al,** | : | |
| **Defendants.** | : | |

## ORDER

Before the Court is a Report and Recommendation (Doc. 19) from United States Magistrate Judge Claude W. Hicks, Jr., that recommends granting Plaintiff's Motion for Voluntary Dismissal (Doc. 16). No objections have been filed. Nevertheless, Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered Plaintiff's Motion and the Recommendation. For the reasons fully explained by Judge Hicks, the Recommendation is adopted and Plaintiff's Motion for Voluntary Dismissal is granted.

**SO ORDERED**, this the 6th day of April, 2007.

/s/ Hugh Lawson

**HUGH LAWSON, Judge**

scs